IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01563-MSK-BNB

KIM D. FOOTE,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,
and
JEFFERSON COUNTY, COLORADO, a body politic of the State of Colorado,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Allow Filing of Amended Complaint** [docket no. 13, filed September 8, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint and Jury Demand for filing.

DATED:  September 9, 2011