IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01563-MSK-BNB

KIM D. FOOTE,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Allow Filing of Amended Answer** [docket no. 20, filed October 24, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Defendant's Amended Answer to Plaintiff's Amended Complaint and Jury Demand.

DATED:  October 24, 2011